UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| WIRELESS ENTERPRISES, LTD. | * | 09-25250 - NVA |
| WIRELESS CONSTRUCTION SERVICES, LLC | * | 09-25253 |
| ACQUISITION SERVICES, LLC | * | 09-25259 |
| GLOBAL ENTERPRISE TECHNOLOGIES, INC. | * | 09-25261 |
| WEL MANAGEMENT, LLC | * | 09-25264 |
| WIRELESS ENTERPRISES - GOVERNMENT SOLUTIONS, LLC | * | 09-25265 (Chapter 11) |
| | * | |
| Debtors. | * | |

\* \* \* \* \* \* \* \*    \* \* \* \* \*

CONSOLIDATED LIST OF TWENTY LARGEST UNSECURED CREDITORS

    Following is the consolidated list of the Debtors' creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these Chapter 11 cases.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Die, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). **The inclusion on this list of any creditor or claim amount is without prejudice to the rights of the Debtors or any party in interest to contest the listed claim amount or the Debtors' listing of a creditor as having an unsecured claim. The Debtors reserve the right to amend this list at any time.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loans, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|

**SEE ATTACHED LIST**

      I hereby certify under penalty of perjury that I have read the attached Consolidated List of Twenty Largest Unsecured Creditors, consisting of 1 page, and that it is true and correct to the best of my knowledge, information and belief.

|  |  |
|---|---|
|  | WIRELESS ENTERPRISES, LTD. |
| August 17, 2009 | By: /s/ William Imperato, President |
|  | WIRELESS CONSTRUCTION SERVICES, LLC |
|  | By: /s/ William Imperato, President |
|  | ACQUISITION SERVICES, LLC |
|  | By: /s/ William Imperato, President |
|  | GLOBAL ENTERPRISE TECHNOLOGIES, INC. |
|  | By: /s/ William Imperato, President |
|  | WEL MANAGEMENT, LLC |
|  | By: /s/ William Imperato, President |
|  | WIRELESS ENTERPRISES - GOVERNMENT SOLUTIONS, LLC |
|  | By: /s/ William Imperato, President |