UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re: | * | |
| WIRELESS ENTERPRISES, LTD., *et al.,* | * | Chapter 11 |
| Debtors. | * | Case No. 09-25250-NVA |
| | * | (Jointly Administered) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LIST OF EQUITY SECURITY HOLDERS FOR WIRELESS ENTERPRISES, LTD.

Pursuant to Bankruptcy Rule 1007(a)(3), the Debtor Wireless Enterprises, Ltd. hereby submits the name and address of its equity security holder:

| Name of holder and last known address or place of business | Number and kind of interests registered in the name of the holder |
|---|---|
| William Imperato<br>921 E. Fort Ave., Suite 120<br>Baltimore, MD 21230 | 100% |

I, William Imperato, President of Wireless Enterprises, Ltd., which is named as one of the debtors in these cases, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that is true and correct to the best of my information and belief.

Date: August 28, 2009    WIRELESS ENTERPRISES, LTD.

BY:  /s/ William Imperato, President

1147851.1